UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| : | Criminal Number 13-227 (CKK) |
| v. : | |
| : | |
| : | |
| VERNON HAWKINS, : | |
| : | |
| Defendant. : | |

### ORDER

Upon motion of the United States, by and through its attorney, the United States Attorney for the District of Columbia, and with the consent of the Defendant, to continue the status hearing currently set for August 13, 2014, and upon consideration of the facts set forth in the motion, it is hereby

**ORDERED** that the motion is GRANTED, and the status hearing currently scheduled for August 13, 2014, is hereby continued until October 23, 2014, at 10:00 AM

**SO ORDERED.**

Date: 7/24/14

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT